# UNITED STATES DISTRICT COURT
для the
District of Maine

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2013 AUG -9 A 9:17
BY
DEPUTY CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:13-mj-00108-MJK
)
Google, 1600 Amphitheatre Parkway, Mountain View, )
California 94043, further described in Attachment A(1) )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Google, 1600 Amphitheatre Parkway, Mountain View, California 94043, further described in Attachment A(1)

located in the _____Northern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B(1).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Secs. 2251(a); 2422(b); 2423(b); 2252A(a)(5)(B); 2252(a)(2) | Production of Child Pornography; Use of Internet to Coerce Minor to Engage in Sexual Activity; Travel with Intent to Engage in Illicit Sexual Conduct; Possession of Child Pornography; Receiving Child Pornography |

The application is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Loren Thresher, Special Agent, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug 9, 2013

_____
*Judge's signature*

City and state: Bangor, Maine

Margaret J. Kravchuk, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
2013 AUG -9  A 9:06
BY_____
DEPUTY CLERK

I, Special Agent Loren Thresher, being duly sworn under oath, do hereby depose and state:

1. I am a Special Agent (SA) of the United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), currently assigned to the Office of the Resident Agent in Charge, Bangor, Maine and have been a Special Agent of ICE since August 2008.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

**PREMISES TO BE SEARCHED**

3. I make this affidavit in support of an application for the following search warrants:

    Gmail:    cheese.nicholas@gmail.com

    Hotmail:  cheese_nicholas@hotmail.com;

              Gamingaddict1978@hotmail.co.uk;

              Gamingaddict1978@hotmail.com;

              hxtom1@hotmail.com.

    Yahoo:    strangeperson_2004@yahoo.com,

For the period March 1, 2012, through June 30, 2013, all as described more fully in Attachments A(1), A(2) and A(3).

**ITEMS TO BE SEIZED**

4. I have probable cause to believe that in the e-mail accounts described in Paragraph 3, above, is evidence of violations of: 18 U.S.C. 2251(a), production of child

1

pornography; 18 U.S.C. 2422(b), use of the internet to coerce a minor to engage in sexual activity; 18 U.S.C. 2423(b), travel with intent to engage in illicit sexual conduct; 18 U.S.C. 2252A(a)(5)(B), possession of child pornography; and 18 U.S.C. 2252(a)(2), receiving child pornography. The list of items to be seized is set forth in Attachments B(1), B(2) and B(3).

**PROBABLE CAUSE**

5. The probable cause for this search warrant is based in part on my investigation of this matter and on information provided to me by other law enforcement agents as identified. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of a violation of 18 U.S.C. §§ 2251(a), 2422(b), 2423(b), 2252A(a)(5)(B), and 2252(a)(2) is located in the e-mail accounts.

6. On June 30, 2013, the parents of a 13-year-old Maine girl reported to Penobscot County, Maine Sheriff's Office (PCSO) that their daughter had been sexually assaulted by a 26-year-old male from England. PCSO Detective Andrew Whitehouse initiated an investigation and subsequently interviewed the 13-year-old girl (hereinafter referenced as Minor A, date of birth XX/XX/1999).

7. During the interview of Minor A, Detective Whitehouse learned the following:

    a. Minor A had met Nicholas CHEESE, a person she knew to be 26 years old and from England, on the internet approximately 14 months prior.

b.  They communicated through a chat room for Harry Potter fans located on a website titled "IMVU.com," however, only CHEESE and Minor A were talking within the chat room.

c.  Their conversations became sexual in nature almost immediately and CHEESE had requested both nude and sexually explicit photographs and videos of Minor A.

d.  Minor A sent a non-sexual video of herself and then, being self-conscious about it, blocked CHEESE's access. She later blamed herself for overreacting and contacted CHEESE, who had to create a new account to communicate with her again in the Harry Potter chat room.

e.  She thereafter sent a video of herself with her finger in her vagina. The last sexually explicit video was sent sometime in 2013 and the last picture was sent in May or June 2013. She would usually only send one video or photograph at a time and then wait three to four weeks before sending another.

f.  CHEESE told her that he would be traveling to Texas for a convention and would extend his vacation to travel to Bangor, Maine to visit her.

g.  Minor A said she and CHEESE also talked by text message and e-mail. The text messages and e-mails through her Hotmail account had become very sexually explicit and included discussions of bondage and S&M.

h.  CHEESE arrived in Bangor on June 25, 2013, and stayed at the Quality Inn Hotel off the Hogan Road in Bangor.

3

      i.      Minor A met CHEESE at the hotel on June 26, 27, and 29, 2013, during which time they had sexual relations, including vaginal sex, anal sex, and oral sex.

      j.      Minor A and CHEESE had discussed that what they were doing was illegal.

8.    At the completion of the interview Detective Whitehouse obtained Minor A's login and password for her hxtom1@hotmail.com e-mail account which she indicated she had used in sending videos to CHEESE. Minor A told Detective Whitehouse that CHEESE had been using an e-mail address of Gamingaddict1987@hotmail.com.

9.    After speaking with Minor A, Detective Whitehouse contacted Bangor Police Department (BPD) Detective Brent Beaulieu. Detective Beaulieu and Detective Whitehouse went to the Quality Inn and met with CHEESE in Room 116. CHEESE allowed the Detectives to enter the room and agreed to speak with them.

10.    CHEESE told the officers the following:

      a.      He came to the United States to attend a convention in Texas and purposely traveled to Bangor, Maine to have sex with Minor A.

      b.      They met over a year ago in a chat room on a website called "IMVU.com;" their chat turned sexual and they have been chatting since.

      c.      They exchanged nude photographs and videos. He said he did ask for nude photographs from Minor A, and she provided them to him.

      d.      He knew Minor A to be 13 years old.

  e. Three out of four days they were together in Room 116 of the Quality Inn and had sexual relations to include oral, anal, and vaginal.

11. Minor A was transported to a local hospital and a sexual assault forensic exam was conducted. During the exam, Minor A told hospital personnel that she and "Nick" met on-line in chat rooms on IMVU; that after using IMVU to communicate, they also used e-mail, including Hotmail; and that CHEESE had "like 40 e-mail addresses." She also indicated to hospital staff that CHEESE had texted messages to her phone.

12. Detective Beaulieu executed a state search warrant on CHEESE's cell phone. A preliminary review of the data from the phone revealed the following e-mail addresses associated with CHEESE: cheese.nicholas@gmail.com, cheese_nicholas@hotmail.com, strangeperson_2004@yahoo.com, and gamingaddict1987@hotmail.co.uk.

13. Hotmail is a free web based e-mail client managed by Microsoft Corporation.

## CONCLUSION

14. Based on the information in this affidavit, I have probable cause to believe that in the e-mail accounts described in Paragraph 3 of this Affidavit are the items described in Paragraph 4, which are evidence of violations of 18 USC Sections 2251(a), 2422(b), 2423(b), 2252A(a)(5)(B), and 2252(a)(2).

14. I therefore respectfully request that the attached warrants be issued authorizing the search and seizure of the items listed in Attachments B(1), B(2) and B(3). I limit my request to the time period March 1, 2012, the approximate date on which Minor A began on-line communications with Cheese, and June 30, 2013, the date on which Cheese was arrested.

Date: August 9th, 2013

*Loren Thresher* (signature)
Special Agent Loren Thresher
Immigration & Customs Enforcement

Subscribed and sworn to before me this 9th day of August, 2013.

*Margaret J. Kravchuk* (signature)
Margaret J. Kravchuk
United States Magistrate Judge